IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-1910-RPM-BNB

GLOBAL COMMUNICATIONS CONSULTING GROUP, L.L.C.,

    Plaintiff,

v.

MINTECH STAFFING, L.L.C.,

    Defendant.

_____

## ORDER
_____

Upon a review of the Recommendation of United States Magistrate Judge Boyd N. Boland, filed on August 29, 2005, and no objection having been filed, it is

ORDERED that the Recommendation constitutes a dispositive ruling.

DATED: October 7th, 2005

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge